IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Martin, Carolyn M

Printed: 10/7/08

Case Number:  05 B 32645
Judge:  Wedoff, Eugene R
Filed:  8/18/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 3, 2008
Confirmed: September 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 25,487.00 |  |
| Secured: |  | 20,694.70 |
| Unsecured: |  | 1,138.29 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,212.50 |
| Trustee Fee: |  | 1,441.19 |
| Other Funds: |  | 0.32 |
| Totals: | 25,487.00 | 25,487.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,212.50 | 2,212.50 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Nico Ross | Secured | 16,938.25 | 16,938.25 |
| 4. | Citi Residential Lending Inc | Secured | 9,190.44 | 1,170.15 |
| 5. | City of Country Club Hills | Secured | 11,736.32 | 2,586.30 |
| 6. | AmeriCash Loans, LLC | Priority | 656.96 | 0.00 |
| 7. | AmeriCash Loans, LLC | Priority | 1,322.37 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 810.27 | 810.27 |
| 9. | AAA Checkmate LLC | Unsecured | 76.55 | 76.55 |
| 10. | US Bank | Unsecured | 251.47 | 251.47 |
| 11. | Illinois Catalog Sales | Unsecured |  | No Claim Filed |
| 12. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 13. | Cash Advance | Unsecured |  | No Claim Filed |
| 14. | Brother Loan & Finance | Unsecured |  | No Claim Filed |
| 15. | First Payday Loan | Unsecured |  | No Claim Filed |
| 16. | First Payday Loan | Unsecured |  | No Claim Filed |
| 17. | Express Loans | Unsecured |  | No Claim Filed |
| 18. | Illinois Catalog Sales | Unsecured |  | No Claim Filed |
| 19. | Illinois Title Loans | Unsecured |  | No Claim Filed |
| 20. | One Iron Ventures | Unsecured |  | No Claim Filed |
| 21. | National Quick Cash | Unsecured |  | No Claim Filed |
| 22. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 23. | Sonic Payday | Unsecured |  | No Claim Filed |
| 24. | Sun Cash | Unsecured |  | No Claim Filed |
| 25. | Xpress Cash | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Martin, Carolyn M

Printed: 10/7/08

Case Number: 05 B 32645
Judge: Wedoff, Eugene R
Filed: 8/18/05

| | | | | |
|---|---|---|---|---|
| 26. | MM Payday Express | Unsecured | | No Claim Filed |
| 27. | TCF Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 43,195.13 | $ 24,045.49 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 281.05 |
| 5% | 41.67 |
| 4.8% | 217.59 |
| 5.4% | 356.40 |
| 6.5% | 544.48 |
| | _____ |
| | $ 1,441.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____